**Opinion issued March 17, 2015**



In The

## Court of Appeals

For The

## First District of Texas

———————————

**NO. 01-14-00024-CR**

———————————

**GREGORY G. TOBIAS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 208th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1392449**

---

### MEMORANDUM OPINION

Appellant, Gregory G. Tobias, with an agreed punishment recommendation from the State, pleaded guilty to the offense of unauthorized use of a motor vehicle[1] and "true" to the allegations in two enhancement paragraphs that he had twice been

---

[1]    *See* TEX. PENAL CODE ANN. § 31.07 (Vernon 2011).

previously convicted of felony offenses. The trial court found appellant guilty, found the enhancement allegations true, and, in accordance with the terms of appellant's plea agreement with the State, sentenced him to confinement for two years. Appellant filed a pro se notice of appeal, which we dismiss.

In a plea-bargained case, a defendant may appeal only those matters that were raised by written motion filed and ruled on before trial, or after obtaining the trial court's permission to appeal. TEX. R. APP. P. 25.2(a)(2). An appeal must be dismissed if a certification showing that the defendant has the right of appeal has not been made part of the record. TEX. R. APP. P. 25.2(d).

The trial court's certification states that this is a plea bargain case and appellant has no right of appeal. *See* TEX. R. APP. P. 25.2(a)(2). The record supports the trial court's certification. *See Dears v. State*, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005). Because appellant has no right of appeal, we must dismiss the appeal. *See Chavez v. State*, 183 S.W.3d 675, 680 (Tex. Crim. App. 2006) ("A court of appeals, while having jurisdiction to ascertain whether an appellant who plea-bargained is permitted to appeal by Rule 25.2(a)(2), must dismiss a prohibited appeal without further action, regardless of the basis for the appeal.").

Accordingly, we dismiss the appeal for want of jurisdiction.  We dismiss appellant's pro se "Request to Withdraw" his appeal and any other pending motions.

**PER CURIAM**

Panel consists of Justices Jennings, Higley, and Huddle.

Do not publish.  TEX. R. APP. P. 47.2(b).